Name: Emily L. Hernandez-Stepney
Reg. #: 17706-085
Federal Correctional Institution
5701 8th Street, Camp Parks – Unit F02-072L
Dublin, CA 94568

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 17 2016

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

**IN THE** United States **COURT,**

**IN AND FOR THE** Eastern District **OF** Washington.

| | |
|---|---|
| United States of America<br>Petitioner/Plaintiff,<br><br>v.<br><br>Emily Louise Hernandez-Stepney<br>Respondent/Defendant, | CASE NO. 1:14CR02100-SAB-2<br><br>**MOTION TO:** _____<br>___Dismiss Appeal_____ |

***Comes now***, Emily L. Hernandez-Stepney, pro-se, and respectfully moves this Honorable Court, pursuant to Rule 42 of the Federal Rules of Appellate Procedure, for an Order dismissing her appeal.

In support thereof, pro-se, states as follows:

1. The Appellant, Emily L. Hernandez-Stepney, does not want her appeal in this court pursued and, asks to move for its dismissal.

2. Emily L. Hernandez-Stepney, pro-se, is aware of her right to appeal and the effects of dismissing said appeal.

WHEREFORE, the appellant, Emily L. Hernandez, respectfully urges this Honorable Court to dismiss the instant appeal.

Dated: August 11, 2016                         Respectfully submitted,

                                                                 _[signature]_
                                                                 Emily L. Hernandez-Stepney
                                                                 Pro-se

Page 1 of 1

Name Emily L. Hernandez-Stepney
Reg. No. 17706-085
Dublin Federal Correctional Institution
5701 8th Street-Camp Parks
Dublin, CA 94568

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 17 2016

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 17 2016

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

# CERTIFICATE OF SERVICE

I  Emily L. Hernandez-Stepney , certify as the undersigned addressor, and under penalty of perjury that on  August 11 , 200 16 , I placed a true and complete copy of the enclosed instrument and all attachments entitled  Motion to Dismiss Appeal , affixed with first class pre-paid US postage, and addressed to the addresses below, in the institutional mailbox located at the Dublin Federal Correctional Institution (FCI) for Women, 5701 8th Street-Camp Parks Dublin CA 94568.

Mail service for incarcerated persons is facilitated by and through the Prison staff. Pursuant to *Houston v. Lack*, 487 US 266, (1988) and Title 28 U.S.C. § 1746, "pro-se litigant's pleadings are filed at the moment of delivery to prison authorities."

_____
Addressor

August 11, 2016
Date

Clerk of Court
PO Box 2706
25 S. 3rd St.
Yakima, WA 98907

District Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901