UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK
P.O. BOX 2706
YAKIMA, WASHINGTON 98907-2706

OFFICIAL BUSINESS

$0.50
US POSTAGE
FIRST-CLASS
062S0008570790
98901

YA... PM
25 OCT 2019

RECEIVED
NOV 14 2019
CLERK, U.S. DISTRICT COURT
YAKIMA, WASHINGTON

RETURNED TO SENDER
UNAUTHORIZED PACKAGE
NO LONGER HERE
UNABLE TO IDENTIFY

...ez-Stepney, 17706-085
...CTIONAL INSTITUTION

NIXIE        957    DE 1         0011/07/19
           RETURN TO SENDER
       NOT DELIVERABLE AS ADDRESSED
              UNABLE TO FORWARD

BC: 98907270606        *2472-04339-07-29

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 25, 2019

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>EMILY LOUISE HERNANDEZ-STEPNEY,<br><br>    Defendant. | No. 1:14-cr-02100-SAB-2<br><br>**ORDER DENYING DEFENDANT'S MOTIONS** |

    Before the Court are Defendant's Motion for Consideration to Amend and Stay of Original 28 U.S.C. § 2255 Motion, ECF No. 111, and Defendant's Motion for Discovery, "Change of Plea" and "Sentencing" Hearing(s) Transcripts with Access to Court Records *In Forma Pauperis*, ECF No. 112. The motions were considered without oral argument.

    Defendant is proceeding *pro se*. On December 1, 2016, she filed a Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody. ECF No. 101. The Court dismissed her motion. ECF No. 104. Defendant now argues she should be granted leave to amend her original § 2255 motion to correct deficiencies in her claims pursuant to Federal Rule of Civil Procedure 15. ECF No. 111 at 1. Defendant further argues that she should be provided access to transcripts from her change of plea and sentencing hearings to

**ORDER DENYING DEFENDANT'S MOTIONS \* 1**